UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Waldron Engineering and
Construction, Inc.
    Plaintiff

v.                                     Civil No. 10-cv-130-SM

Laidlaw Berlin Biopower, LLC,
    Defendant

**ORDER OF RECUSAL**

Defendant's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 22, 2010

cc: Jonathan R. Hausner, Esq.
    Joseph A. Barra, Esq.
    Brian L. Michaelis, Esq.
    Wilbur A. Glahn, III, Esq.